**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00133-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
    Plaintiff,

        v.

**DAVID ROZZELL.**, an individual,
    Defendant.

## MINUTE ORDER

Judge John L. Kane ORDERS

In its Response to Order to Show Cause (doc. 26), Plaintiff Righthaven LLC seeks a stay in this case. In light of Righthaven's representation that it intends to appeal the decision underlying the Order to Show Cause entered in this case, this case shall be stayed until October 27, 2011. If Righthaven seeks an additional stay in these proceedings, it should file a motion to that end no later than October 27, 2011.

Dated: October 11, 2011