**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00133-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
    Plaintiff,

       v.

**DAVID ROZZELL.**, an individual,
    Defendant.

## MINUTE ORDER

Judge John L. Kane ORDERS

The parties have stipulated to a dismissal of this action, with prejudice. Although they cite Fed. R. Civ. P. 41(a)(2), their stipulation is effective under Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the parties' stipulation took effect upon filing and requires no court order. Per the terms of their stipulation, this action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: November 9, 2011